IN THE UNITED STATES DISTRICT COURT EASTERN OF ARKANSAS

MR. ROBERT DUNN # 142054                                    PLAINTIFF

VS.                          CASE NO. 3:24-cv-00143-KGB

MRS. DR. MS. BARBARA HACKNEY ; et al                       DEFENDANTS
JACKSON COUNTY CIRCUIT CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 21 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## JURISDICTION AND VENUE

1.) THIS IS A CIVIL ACTION AUTHORIZED BY TITLE 42 U.S.C SECTION 1983 TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE FIRST AND FOURTEENTH AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER TITLE 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF SEEKS DEC-LARATORY RELIEF PURSUANT TITLE 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY TITLE 28 U.S.C. SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURES.

2.) THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS IS AN APPROPRIATE VENUE UNDER TITLE 28 U.S.C. SECTION 1391(b)(2) BECAUSE ITS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## PLAINTIFF

3.) PLAINTIFF MR. ROBERT DUNN. IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF ARKANSAS IN THE CUSTODY OF THE ARKANSAS DIVISION OF CORRECTION. HE IS CURRENTLY CONFINED

This case assigned to District Judge __Baker__
and to Magistrate Judge __Ervin__

(1)

IN THE DELTA REGIONAL UNIT IN DERMOTT, ARKANSAS 71638

## DEFENDANTS

4) THE DEFENDANT MRS. OR MS. BARBARA HACKNEY IS THE CIRCUIT COURT CLERK OF JACKSON COUNTY AT 208 MAIN STREET - NEWPORT, ARKANSAS 72112 SHE IS LEGALLY RESPONSIBLE FOR DOCKETING ALL CIVIL AND CRIMINAL ASSIGNING CASES TO EACH INDIVIDUAL JUDGE IN THE CIRCUIT COURT AS WELL AS FILING ALL PLEADINGS AND ORDERS HANDED DOWN BY JUDGE'S WITHIN THE CIRCUIT COURT OF JACKSON COUNTY.

THE DEFENDANT MRS. OR MS. DANIELLE LANCASTER IS THE DEPUTY CLERK OF JACKSON, COUNTY AT 208 MAIN STREET - NEW PORT, ARKANSAS 72112 SHE IS LEGALLY RESPONSIBLE FOR DOCKETING ALL CIVIL AND CRIMINAL ASSIGNING CASES TO EACH INDIVIDUAL JUDGE IN THE CIRCUIT COURT AS WELL AS FILLING ALL PLEADINGS AND ORDERS HANDED DOWN BY JUDGES WITHIN THE CIRCUIT COURT OF JACKSON COUNTY.

## FACTS

ON ABOUT "MAY 06th 2024" INFORMATION AND BELIEF MYSELF PLAINTIFF WROTE A LETTER TO THE JACKSON COUNTY CIRCUIT COURT CLERK'S TO FILE HIS INFORMA PAUPERIS EXHIBIT (A) AND PETITION TO CORRECT OR MODIFY AN ILLEGAL SENTENCE PURSUANT TO A.C.A. 16-90-111 EXHIBIT (B) P#. 1-15 AND THEREAFTER I RECEIVED AT LEGAL MAIL CALL A LETTER UNDERLINE AREAS RETURNING THE PETITION AND EXHIBITS



SEE EXHIBIT (C) OBSTRUCTING PLAINTIFF PROCEDUREL RIGHT TO FILE THIS PETITION WITHIN THE COUNTY OF HIS CONVICTIONS AND SENTENCING COURT.

ON ABOUT INFORMATION AND BELIEF OF JULY 01st 2024 AGAIN SENT HIS PETITION TO CORRECT OR MODIFY AN ILLEGAL SENTENCE  TO JACKSON COUNTY CIRCUIT COURT CLERK'S EXPLAINING THE CLERK'S WERE MISCONSTRUING HIS PETITION UNDER THE STATE HABEAS CORPUS STATUTE OF A.C.A. 16-112-103(a). SEE EXHIBIT (D) PLAINTIFF WENT ON FURTHER EXPLAINING IF SHE DIDN'T BELIEVE HIM CHECK WITH THE RESIDING JUDGE AND LAW OVER PLAINTIFF CASE FILE 34CR-2019-152 OR THE PROSECUTING ATTORNEY HANDLING PLAINTIFF CRIMINAL CASE, LOOKING FURTHER AT EXHIBIT (D) PLAINTIFF  WARNS THE DEFENDANT'S THEY'LL BE LIABLE UNDER  TITLE 42 U.S.C. 1983 DENYING PLAINTIFF ACCESS-TO-THE-COURT, ALSO STATES DISTROYED HIS ORIGINAL PETITION AND EXHIBITS DUE TO IT WAS NOT SENT BACK WITH THE COPY. SEE EXHIBIT (D) UNDERLINE AREA.

ON ABOUT INFORMATION AND BELIEF OF JULY 16th 2024 PLAINTIFF AT LEGAL MAIL CALL RECEIVED AGAIN A LETTER FROM THE DEFENDANT'S EXPRESSING HER SUPERVISER TOLD HER NOT TO FILE HIS PETITION - SEE EXHIBIT (B) PG 1, 2 THE CLERK'S ATTEMPT TO STAMP AND FILE HIS PETITION.

(3)

5)

## LEGAL CLAIMS

1.) PLAINTIFFS ALLEGE AND INCORPORATE BY REFERENCED IN PARAGRAPHS (1-3) THE FIRST THREE TOOK.

2.) THE DEFENDANTS SHOW DELIBERATE INDIFFERENCE TO THE FIRST AMENDMENT RIGHT OF ACCESS-TO-THE-COURT AND EQUAL PROTECTION OF THE LAWS AND DUE PROCESS TO FILE INFORMA PAUPERIS STATUS FOR INDIGENT INMATE WITHIN PLAINTIFF CONVICTING TRIAL COURT BY OBSTRUCTING, HINDERING AND IMPEDING ACCESS TO FILE A MERITORIOUS CLAIM CONCERNING A STATE STATUTE. DEALING WITH PLAINTIFF ILLEGAL SENTENCE.

3.) THE PLAINTIFF HAS NO PLAN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONG DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

6.)

## PRAYER FOR RELIEF

WHEREFORE PLAINTIFF PRAYS THAT THIS COURT ENTER A JUDGMENT GRANTING PLAINTIFF:

1.) A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE UNITED STATES AND THE LAWS OF THE CONSTITUTION.



4

2.) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING THE DEFENDANTS MRS. OR MS. DANIELLE LANCASTER AND BARBARA HACKNEY TO ALLOW PLAINTIFF TO FILE HIS PETITION WITHIN THE TRIAL COURT OF JACKSON COUNTY.

3.) COMPENSATORY DAMAGES IN THE AMOUNT OF $75,000$^{00}$ DOLLARS AGAINST EACH DEFENDANT (JOINTLY IN THEIR INDIVIDUAL CAPACITY.

4.) ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST AND PROPER, EQUITABLE.

STATE OF ARKANSAS
COUNTY OF Chicot SUBSCRIBED
AND SWORN TO BEFORE ME A,
NOTARY PUBLIC THIS 12th DAY OF Aug
2024.
2-26-2026
MY COMMISSION EXPIRES

RESPECTFULLY SUBMITTED
Robert V. Dunn
PRO-SE ADC # 142054
DELTA REGIONAL UNIT
480 EAST GAINES STREET
DERMOTT, ARKANSAS 71638

Gregory Miller
NOTARY PUBLIC

GREGORY MILLER
NOTARY PUBLIC-STATE OF ARKANSAS
ASHLEY COUNTY
My Commission Expires 02-26-2026
Commission # 12699080

CERTIFICATE OF SERVICE

I CERTIFY THAT THE FOREGOING COMPLAINT BE SERVE ON THE DEFENDANTS ATTORNEY THIS ___ DAY OF _____ 2024 BY PRE-PAID MAIL U.S. Via.

EXCUTED _____ DERMOTT, ARKANSAS

_____
PLAINTIFF

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGE THEREIN ARE TRUE, CORRECT AND COMPLETE. I CERTIFY UNDER PENALTY PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.



Dear Jackson County Circuit Court / Clerk's EXHIBIT A

Greetings And Salutation Enclosed In This Envelope Is A "Petition To Correct An Illegal Sentence Pursuant To A.C.A. 16-90-111 And A Motion To Dismissal Of Charges With Absolute Bar Of Persecution" In Accordance With Ark. Rul. Crim. P. 28.1 That I Wish To Be Filed In This Court Pursuant To Ark. Rul. Civ. P. 5. I Request This Court To Send Me Back A Certified Filed Marked Copy Of These Pleadings So If Necessary I Petition The State Supreme Court For "Writ Of Mandamus" I Know The Clerks Of Jackson County Circuit Court Take Their Jobs Very Seriously And Is Part Of Their Ministeral And Fiduciary Duties Within The Job Description I Please Request This Filing Be Done With Expedients Thank You!

Date: 5/24/2024

Cordially
I Am

Robert V. Dunn

Pro-Se ADC# 142054
Delta Regional Unit
880 East Gaines Street
Dermott, Arkansas 71638

*KID DUNN # 142054 BKS # 10*

*EXHIBIT B*

# IN THE CIRCUIT COURT OF ~~JACKSON~~ COUNTY, ARKANSAS

FILED
BARBARA ____ TTORNEY
JACKSON COUNTY, AR

2024 JUL 12 AM 10: 13 ①

RECORDED

____ **DIVISION**

~~ROBERT DUNN~~

**PETITIONER**

Vs.

Case No ~~34CR-2019-152~~

BOOK ____ PAGE ____

~~STATE OF ARKANSAS~~

**RESPONDENT**

## PETITION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner, ~~ROBERT DUNN~~, proceeding *pro se*, requests this Court to grant him leave to file the attached Petition and to proceed *in forma pauperis* for the following reasons:

1. That Petitioner, a resident of the State of Arkansas, has prepared and desires to file with Court a *To Correct or Modify Illegal Sentence*

2. That Petitioner is indigent and unable to pay court costs or fees connected this proceeding or to give security therefore. (An Affidavit in Support of Request to proceed *In Forma Pauperis* is attached.)

3. Petitioner believes that he is entitled to relief and such Petition is not brought for a frivolous or malicious purpose.

**WHEREFORE,**

Petitioner prays that he be permitted to prosecute his *Correct or Modify Illegal Sentence*, *in forma pauperis* and that he may have the necessary writs and processes without payment of fees or costs for the same.

Respectfully Submitted

*Robert V. Dunn*

Petitioner, *Pro Se*
ADC # *142054*
Delta Regional Unit
880 East Gaines St.
Dermott, Arkansas, 71638

1

FILED
BARBARA METZGER HACKNEY
CIRCUIT CLERK
JACKSON COUNTY, AR
2024 JUL 12  AM 10: 14

RECORDED IN _____

**IN THE CIRCUIT COURT OF** Jackson **COUNTY, ARKANSAS**

**I DIVISION**

Robert Dunn

BOOK ____ **PAGE ____**

**PETITIONER**

**Vs.**                    **Case No.** 24CR-2019-152

State of Arkansas

**RESPONDENT**

## AFFIDAVIT IN SUPPORT OF
## REQUEST TO PROCEED *IN FORMA PAUPERIS*

I, Robert Dunn , being first duly sworn, depose and say that I am the
Petitioner in the above entitled case; that in support of my motion to proceed without
being required to prepay fees, costs or give security therefore, I state that because of
my poverty I am unable to pay the costs of said proceeding or to give security therefore;
that I believe I am entitled to redress.

I further swear that the responses which I have made to questions below are
true.

1.      Are you presently employed ?                    ☐ Yes ☒ No

        (a)     If the answer is **yes**, state the amount of your salary of wages per month,
                and give

                the name and address of your employer. _____

                _____

        (b)     If the answer is **no**, state the date of last employment and amount of
                salary and wages per month which you received. $200⁰⁰ May 9, 2019

                _____

2.      Have you received, within the past twelve months any money from any of the
        following sources?

        (a)     Business, profession or any form of self-employment ?  ☐ Yes ☒ No

        (b)     Rent payments, interest or dividends ?                 ☐ Yes ☒ No

        (c)     Pensions, annuities or life insurance payments ?       ☐ Yes ☒ No

        (d)     Gifts or inheritances ?                                ☐ Yes ☒ No

2



(e)      Any other sources ?                                          ☐ Yes  ☒ No

If the answer to any of the above is **yes**, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

3.      Do you own any cash, or do you have any money in a checking or savings account ?                                          ☐ Yes  ☒ No

If the answer is **yes**, state the total amount in each account.

_____

4.      Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing) ? ☐ Yes  ☒ No

If the answer is **yes**, describe the property and state its approximate value.

_____

5.      List the persons who are dependent upon you for support.  State your relationship to those persons, and indicate how much you contribute toward their support. _____ *N/A* _____

_____

6.      **TO BE COMPLETED <u>ONLY</u> IF PETITIONER IS INCARCERATED IN THE ARKANSAS DEPARTMENT OF CORRECTION OR ANY OTHER PENAL INSTITUTION.**

Do you have any funds in the inmate trust account ?          ☐ Yes  ☒ No

State the total amount in such account and have the certificate found below completed by the authorized officer of the institution.  _____

I understand that a false statement of answer to any questions in this affidavit will subject me to penalties for perjury.

_____*Robert V. Dunn*_____

Petitioner, *Pro-Se*

**3**



STATE OF ARKANSAS    )
                          ) §

**COUNTY OF CHICOT**    )

      **SUBSCRIBED AND SWORN TO BEFORE ME,** a Notary Public, on this _24th_ day of _May_____, 20_24_. Petitioner, _Virgil Dunn_, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the Information therein is true and correct.

_Lisa Denise Bass_
Notary Public

My Commission Expires : _8-4-2029_____

LISA DENISE BASS
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 08-04-2029
Commission #12374242

**The following must be completed :**

## CERTIFICATE

      I hereby certify that the Petitioner herein, _Robert Dunn_, has the sum of $ _0_____ on account to his credit at the _Delta Regional_ institution where he is confined.  I further certify that Petitioner likewise has the following securities to his credit according to the records of said _N/A_____ institution: _Delta Regional_____

_Mary Long_
Authorized Officer of Institution

4

⑤

**IN THE CIRCUIT COURT OF** _Jackson_ **COUNTY, ARKANSAS**

_|_**DIVISION**

_Robert Dunn_ **PETITIONER**

**Vs.** Case No _34CR-2018-152_

_State of Arkansas_ **RESPONDENT**

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

On this day comes to be heard the Petition of _Correct An Illegal Sentence_
prays that he be permitted to prosecute his action for _Correct An Illegal Sentence_
_in forma pauperis._  The Court being satisfied of the truth of the facts alleged and good
cause appearing therefore :

**IT IS HEREBY ORDERED** :

1.) That the Petitioner, _____ be authorized and permitted to
prosecute his action for _____ _in forma pauperis._

2.) That the Clerk of the Circuit Court of _____ County shall
receive and file any necessary forms or pleadings incident to Petitioner's action
without requiring the payment of fees or costs.

3.) That the Sheriffs of the several counties of the State of Arkansas shall service
writs or processes incident to Petitioner's action without requiring the payment of
fees or costs.

4.) That no other office shall require of the Petitioner any fees or costs incident to
Petitioner's action.

_____
Judge

_____
Date

_5_

In The Circuit Court of Jackson County, Arkansas

Mr. Robert Dunn                                    Petitioner

⑥

Vs.          Case No. 34CR-2019-152

State Of Arkansas                          Respondant

_Petition To Correct or Modify An Illegal Sentence_

Comes Now Petitioner "Robert Dunn" By Pro-Se Litigation Requesting
In The Above-Matter "To Correct or Modify An Illegal Sentence"
Pursuant To A.C.A. 16-90-111 Herein States The Following Allegation....

_Allegation_

Petitioner States He Alleges The
Sentence For Fifteen (15) Years Suspended
Imposition Is Illegal On Its Face
Because It Violates Arkansas
Code Annotated Section 5-4-301
(a)(3)(B)(Supp. 2011)

Petitioner States It Is Well Establish State Law By The Arkansas
Legislative Branch Where The Time Limitations On Filing A Petition
Under Section 16-90-111 (a)(b)(1) Alleging That The Sentence Was
Impose In An Illegal Manner Were Superseded By Arkansas
Rule Of Criminal Procedure 37.2 (c)(2016). However, The Portion
Of Section 16-90-111 That Provides A Means To Challenge A
Sentence At Any Time On The Ground That The Sentence Is
Illegal On Its Face Remains In Effect. Citing... "Green
V. State, 533 S.W. 3d 81 (2017)(Quoting..." Gardner V. State, 2017 Ark. 230 WL 3305528

For Argwood Petitioner/Defendant Explains. He was given a sentence I suppose of Three Hundred Months (300) Twenty-Five Years (25) with a Suspended Imposition of one hundred Eighty Months (180) Fifteen Years (15) See Exhibit (A) P.#1 Thus 5-4-301(a)(3)(C) Supp. 2011 which Provides that a A Court Shall Not Suspend Imposition of Sentence For Class Y felony. Citing... Darker v. State, 2013 Ark. App. 135 2013 WL 6547864 ", Here- In this Case Suspended Imposition Is Illegal on Its face Due Petitioner Is Not Eligible For Class Y felony Under The Seventy Percent Provision. Itis... See "State v. Colvin. 2013 Ark. 203.429 S.W. 3d 635 (2013)".... (See Also Exhibit (B) P. #3 ~~Highlighted~~ Underline Area).

## Allegation Two

Petitioner States His Alleges The Sentence For Twenty-Five Years Or Three Hundred Months Is Illegal on Its face Because The Trial Court Of Jackson County Breach the Plea Agreement when Violating Arkansas Code Annotate 5-4-301(a)(3)(C)(Supp. 2011) Reaching Above And Is Excess of Its Authority!

Petitioner Urges The Trial Court Of Jackson County To Meritoriously Review This Issue Within The terms of His Plea Agreement He Signed For, That was Breached Making The Three Hundred Months ~~Illegal on the~~

As Well As The One Hundred Eighty Months LTO Is Illegal On Its Face Where Petitioner / Defendant Apply The General Contract Principles In Interpreting The Plea Agreement. See Jarrett V. State, 2010 Ark. 28, 358 S.W.3d 874 (Per Curium)"

Nonetheless The "Crux" Of This Allegation The Trial Court Subsequent Attempt By Altering The Terms Of The Agreement See Exhibit (B) P#4 When Imposing A Sentence By Violating A State Statute Exhibit (A) P#3 Reaching Above And In Excess Of Its Legal Authority Breaching Of The Agreement, Thereby Showing The Appropriate Remedy For Such A Breach Would Be For The Trial Court To Vacate The Plea Agreement And Restore The Parties To Their Respective Positions Prior To The Agreement. See "Gowder V. State, 2011 Ark. 248, 382 S.W.3d 674 (Ark. 2011)(Citing... See" Green V. State, 2007 Ark. 113, 313 S.W.3d 521"

Inter Alia) Exhibit (B) P#4 Breaching Plea Agreement Restores Petitioner / Defendant To His Prior Respective Position By Motion The Trial Court To Bar Any Further Judicial Proceedings For Violation Of The Speedy-Trial Provision. Citing... See "Caulkins V. Crabtree, 1985 894 S.W.2d 138, 319 Ark. 686

Wherefore Petitioner Prays After Reviewing The Facts And Cited Authority Hold A Hearing To Get Respective Relief.

⑨

8

Respectfully Submitted

Robert V. Dunn
Pro-Se ADC #142059
Delta Regional Unit
820 East Gaines Street
Dermott, Arkansas 71638

State Of Arkansas
County Of Chicot

Subscribed And Sworn To Before Me A Notary
Public This 24th Day of May _____ 2024.

8-4-2024
My Commission Expires

Lisa Denise Bass
NOTARY PUBLIC

**LISA DENISE BASS**
**NOTARY PUBLIC-STATE OF ARKANSAS**
**DESHA COUNTY**
**My Commission Expires 08-04-2029**
**Commission #12374242**

Certificate Of Service

I Certify The Foregoing Petition Be Served on
The Prosecuting Attorney of Jackson County, Arkansas
This ____ Day of _____ 2024 By Pre-Paid Postage U.S.
Mail Via.

EXHIBIT (B)

**IN THE CIRCUIT COURT OF JACKSON COUNTY, ARKANSAS**
**CRIMINAL DIVISION ONE**

BARBARA ~~HACKNEY~~

2021 JUL -9 AM 10: 02

RECORDED IN **PLAINTIFF**

**STATE OF ARKANSAS**

**VS.**                                    **CASE NO. 34CR-2019-152**

BOOK_____PAGE_____

**ROBERT V. DUNN**                                          **DEFENDANT**

<u>**GUILTY PLEA STATEMENT**</u>

The defendant represents and states to the Court:

1.     My full and correct name is Robert v. Dunn.

2.     My date of birth is 06/11/1973.

3.     I completed the 12th grade in school.

4.     I understand the English language.

5.     I am represented in this case by a lawyer, whose name is C. Scott Nance.

6.     I am completely satisfied with the legal services rendered by my lawyer, and I have no complaints about the way my lawyer has represented me in this case.

7.     I have received a copy of the information and understand the criminal charges against me.

8.     I understand that I am charged with the following criminal offenses:

|     | <u>OFFENSE</u> | <u>CLASS</u> | <u>MINIMUM-MAXIMUM PUNISHMENT</u> |
|-----|------|-------|-------------------------------|
| **(a)** | **RAPE (5 COUNTS)** | **Y** | **25 years to Life** |
| **(b)** | **SEXUAL ASSUALT** | **B** | **5 to 20 years and up to $15,000.00 fine** |

9.     I have told my lawyer all facts and circumstances known to me about the charges against me, including all factual and legal defenses and my lawyer has told me of the nature of each charge, the elements of each charge, and all defenses that I might have.

10.)   I understand that if I plead "Guilty" to any and all of these criminal charges, I will give up (waive) my legal rights, which include:

THIS ~~NUMBER~~ NUMBER TO FOURTEEN IS LEGALLY VOID !

(A)    The right to remain silent. I understand any statements that I make can and will be used against me:

14. No promises of any kind have been made by anyone to me or to my knowledge to anyone else on my behalf, except that the Prosecuting Attorney has advised my lawyer as to the recommendation that will be made to the Court, which recommendation is contained in this Plea Agreement.

15. I have reviewed the recommendation and have discussed it fully with my lawyer, and I am willing to plead Guilty and accept the recommendation.

16. If my Guilty plea is not accepted by the Court, or if the Court declines to accept the recommendation, I understand that my Guilty plea can be withdrawn, and any statements or admissions made by me in open court will not be admissible against me in the trial of this case.

17. Neither the Prosecuting Attorney, nor my attorney, nor the Court, nor anyone else has made any representations to be about being released from confinement sooner than the actual sentence that I will receive from the Court. I understand that I may have to serve the full sentence before I am released. No one has told me the date I am to be released from prison.

18. I believe that I am of sound mind and fully understand what I am doing. I am not under the influence of drugs, alcohol, medicine, or other substance which could influence my judgment.

19. I do not have or suffer from any mental disease or defect.

20. To my knowledge, I do not have any communicable disease, such as AIDS, venereal disease, etc.

21. All questions that I may have had about these proceedings and about the plea documents which are before the Court have been answered.

22. I now plead "Guilty" to each and all of the charges against me because I am in fact guilty, and I request the Court to accept and enter my plea of "Guilty."

23. I offer my plea of "Guilty" freely and voluntarily, and of my own free will, understanding the matters contained in the information and in the Guilty Plea Statement, and this plea is made with the advice and consent of my lawyer.

24. My plea of "Guilty" is made with the knowledge and understanding that the Prosecuting Attorney will make the recommendation to the Court as to the disposition of this case as follows:

# SENTENCING ORDER

EXHIBIT (A)

⑫

FILED
BARBARA ___
JACKSON ___

2021 JUL -9 AM 10:

RECORDED IN
_____
COOK____ PAGE

**IN THE CIRCUIT COURT OF** Jackson **COUNTY, ARKANSAS,**

**Third** **JUDICIAL DISTRICT** **1 DIVISION**

On 7/9/2021 the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] | Dunn, Robert V. | | DOB | 6/11/1973 | Sex | ☑ Male ☐ Female | Total Number of Counts | 7 |
| SID# | 3199268 | Race & Ethnicity | ☑ White ☐ Pacific Islander | ☐ Black ☐ Unknown | ☑ Asian ☑ Hispanic | ☑ Native American | | |

Supervision Status at Time of Offense

## Court Info

| Judge | Rob Ratton | File Stamp |
| Prosecuting Attorney/Deputy | John Pettie | |
| Defendant's Attorney | Scott Nance | ☐ Private ☐ Appointed | ☑ Public Defender ☐ Pro Se |
| Change of Venue ☐ Yes ☑ No If Yes, from: | | |

## Legal Statements

☐ Pursuant to A.C.A. ☒ 16-93-301 et seq., or ☒ _____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

☑ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel. ☐ Yes ☑ No

## Offense #1

| A.C.A. # / Name of Offense | 5-14-103 - RAPE | | | Case # 34CR-2019-152 |

| A.C.A. # Orig. Charge | | ATN JAC000006942 | Offense was | ☒ Nolle Prossed | ☐ Dismissed | ☐ Acquitted |

| Offense Date | 5/5/2019 | Appeal from District Court | ☐ Yes ☑ No | Probation/SIS Revocation | ☐ Yes ☑ No |

| Criminal History Score | 2 | Seriousness Level | 9 | Offense is ☑ Felony ☐ Misd. ☐ Violation | Offense Classification ☑ Y ☐ A ☐ B ☐ C ☐ D ☐ U |

| Presumptive Sentence | ☑ Prison Sentence of | 264 to 420 months | ☐ Community Corrections Center | ☐ Alternative Sanction |

| Number of Counts | 1 | Defendant ☒ Attempted ☐ Solicited ☒ Conspired to Commit the Offense |

| Defendant Sentence ☑ ADC ☐ Jud Trans ☐ Cnty Jail | If probation or SIS accompanied by period of confinement, state time: _____ days _____ mths |
| Imposed 300 months | Sentence was enhanced _____ months, pursuant to A.C.A. _____ |
| Probation 0 months | Enhancement(s) is to run ☒ Concurrent ☒ Consecutive |
| SIS 180 months | Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection |
| Other ☐ Life ☐ LWOP ☐ Death | ☑ (a) ☐ (b) ☐ (c) ☐ (d) |

| Victim Information [Multiple Victims] ☐ N/A ☐ Yes ☑ No | Age 15 | Sex ☐ Male ☑ Female | Race & Ethnicity ☑ White ☑ Pacific Islander | ☐ Black ☑ Other | ☑ Asian ☐ Unknown | ☑ Native American ☑ Hispanic |

| Defendant voluntarily, intelligently and knowingly entered a | Defendant | |
| ☑ negotiated plea of ☑ guilty ☐ nolo contendere | ☐ was sentenced pursuant to ☒ 16-93-301 et seq. ☒ Other _____ | |
| | ☐ entered a plea and was sentenced by a jury. | ☑ court ☐ jury |
| ☐ plea directly to the court of ☒ guilty ☒ nolo contendere | ☑ was found guilty by the court & sentenced by | ☑ court ☐ jury |
| | ☐ was found guilty at a jury trial & sentenced by | ☒ court ☒ jury |
| | ☐ was found guilty of lesser offense by | ☒ court ☒ jury |

| Sentence is a Departure ☑ Yes ☐ No ☐ N/A | Sentence Departure ☐ Durational ☑ Dispositional ☐ Both |
| | If Durational, state how many months above/below the Presumptive Sentence 0 |

| Departure Reason Mitigating # _____ or Aggravating # 17 (For Agg #17, Mit #9 or departure from guidelines, explain) Habitual Offender |

| Sentence will run ☒ Consecutive ☒ Concurrent to Offense # _____ or to Case # _____ |

-c-

Defendant's Full Name:   Duc, Robert V.

## Additional Offense # 2

| A.C.A. # / Name of Offense | 5-14-103 - RAPE | | Case # 34CR-2019-152 |
|---|---|---|---|

A.C.A. # Orig. Charge                    ATN  JAC000006942     Offense was  ☑Nolle Prossed  ☐Dismissed  ☐Acquitted

| Offense Date | 5/5/2019 | Appeal from District Court  ☐Yes ☑No | Probation/SIS Revocation  ☐Yes ☑No |
|---|---|---|---|

Criminal History Score **2**   Seriousness Level **9**   Offense is ☑Felony ☐Misd. ☐Violation   Offense Classification ☑Y ☐A ☐B ☐C ☐D ☐U

Presumptive Sentence  ☑Prison Sentence of  264 to  420 months  ☐Community Corrections Center  ☐Alternative Sanction

Number of Counts  **4**   Defendant  ☑Attempted  ☑Solicited  ☑Conspired to Commit the Offense

Defendant Sentence                      If probation or SIS accompanied by period of confinement, state time: _____ days _____ mths
☐ADC ☐Jud Trans ☐Cnty Jail          Sentence was enhanced _____ months, pursuant to A.C.A. _____
Imposed      0 months              Enhancement(s) is to run  ☑Concurrent  ☑Consecutive
Probation    0 months
SIS          0 months              Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection
Other  ☐Life ☐LWOP ☐Death          ☐(a) ☐(b) ☐(c) ☐(d) .

Victim Information [Multiple Victims] ☐N/A ☐Yes☑No   Age 15  Sex ☐Male ☐Female   Race & Ethnicity ☑White ☐Black ☐Asian ☐Native American ☐Pacific Islander ☐Other ☐Unknown ☐Hispanic

Defendant voluntarily, intelligently and knowingly entered a
☐ negotiated plea of  ☑guilty ☑nolo contendere
☐ plea directly to the court of ☑guilty ☑nolo contendere

Defendant
☑ 16-93-301 et seq.
☐ was sentenced pursuant to  ☐ Other _____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by    ☑court ☑jury
☐ was found guilty at a jury trial & sentenced by  ☑court ☑jury
☐ was found guilty of lesser offense by           ☑court ☑jury

Sentence is a Departure  ☐Yes ☐No ☑N/A    Sentence Departure ☐Durational ☐Dispositional ☐Both
If Durational, state how many months above/below the Presumptive Sentence   0

Departure Reason  Mitigating # _____ or Aggravating # _____  (For Agg #17, Mit #9 or departure from guidelines, explain)

Sentence will run  ☑Consecutive  ☑Concurrent  to Offense # _____  or to Case # _____

## Additional Offense # 3

| A.C.A. # / Name of Offense | 5-14-125(a)(6)&(b)(1) - Sexual Assault, Second Degree (8/16/2013 and thereafter) | Case # 34CR-2019-152 |
|---|---|---|

A.C.A. # Orig. Charge                    ATN  JAC000006942     Offense was  ☑Nolle Prossed  ☐Dismissed  ☐Acquitted

| Offense Date | 5/5/2019 | Appeal from District Court  ☐Yes ☑No | Probation/SIS Revocation  ☐Yes ☑No |
|---|---|---|---|

Criminal History Score **2**   Seriousness Level **6**   Offense is ☑Felony ☐Misd. ☐Violation   Offense Classification ☐Y ☐A ☑B ☐C ☐D ☐U

Presumptive Sentence  ☑Prison Sentence of  48 to  96 months  ☑Community Corrections Center  ☑Alternative Sanction

Number of Counts  **2**   Defendant  ☑Attempted  ☑Solicited  ☑Conspired to Commit the Offense

Defendant Sentence                      If probation or SIS accompanied by period of confinement, state time: _____ days _____ mths
☐ADC ☐Jud Trans ☐Cnty Jail          Sentence was enhanced _____ months, pursuant to A.C.A. _____
Imposed      0 months              Enhancement(s) is to run  ☑Concurrent  ☑Consecutive
Probation    0 months
SIS          0 months              Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection
Other  ☐Life ☐LWOP ☐Death          ☐(a) ☐(b) ☐(c) ☐(d)

Victim Information [Multiple Victims] ☐N/A ☐Yes☑No   Age 15  Sex ☐Male ☐Female   Race & Ethnicity ☑White ☑Black ☑Asian ☑Native American ☐Pacific Islander ☑Other ☑Unknown ☑Hispanic

Defendant voluntarily, intelligently and knowingly entered a
☐ negotiated plea of  ☑guilty ☑nolo contendere
☐ plea directly to the court of ☑guilty ☑nolo contendere

Defendant
☑ 16-93-301 et seq.
☐ was sentenced pursuant to  ☐ Other _____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by    ☑court ☑jury
☐ was found guilty at a jury trial & sentenced by  ☑court ☑jury
☐ was found guilty of lesser offense by           ☑court ☑jury

Sentence is a Departure  ☐Yes ☐No ☑N/A    Sentence Departure ☐Durational ☐Dispositional ☐Both
If Durational, state how many months above/below the Presumptive Sentence   0

Departure Reason  Mitigating # _____ or Aggravating # _____  (For Agg #17, Mit #9 or departure from guidelines, explain)

Sentence will run  ☑Consecutive  ☑Concurrent  to Offense # _____  or to Case # _____

Defendant's Full Name:   Dunn, Robert V.

| **Special Conditions** | |
|---|---|
| **Sex Offenses** | **Domestic Violence Offenses** |
| Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee. ☑ Yes  ☐ No | Defendant has been adjudicated guilty of a domestic-violence related offense and must pay additional court costs of $25 under Act 583 of 2017. ☐ Yes  ☑ No |
| Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903 ☑ Yes  ☐ No | |
| Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918. ☑ Yes  ☐ No | Defendant was originally charged with a domestic-violence related offense. ☐ Yes  ☑ No  If Yes, state the A.C.A. # of the Offense |
| Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers. ☐ Yes  ☑ No    Case Number(s) | If Yes to either question, identify the relationship of the victim to the Defendant by offense number. |
| **DNA Sample / Qualifying Offenses** | |
| Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.  ☑ Yes  ☐ No  Defendant is ordered to have a DNA sample drawn at ☐ a D.C.C. Facility  ☐ the A.D.C. ☑ Other  DNA on file | **Drug Crime** Defendant has been adjudicated guilty of a drug crime as defined in  A.C.A. 12-17-101. ☐ Yes  ☑ No |

**Fines, Fees, Restitution**

| | | Restitution |
|---|---|---|
| Court Costs | $150.00 | Payable to [If multiple beneficiaries, give names and payment priority] |
| Fines | $1,000.00 | |
| Booking/Admin Fees ($20) | $40.00 | |
| Drug Crime Assessment Fee ($125) | | |
| DNA Sample Fee ($250) | | Terms  ☐ Due Immediately  ☑ Installments of:   $100.00/month |
| Children's Advocacy Center Fund Fee | | |
| Public Defender User Fee ($25) | $25.00 | ☑ Payments must be made within ___30___ days of release from A.D.C. |
| Public Defender Attorney Fee | $250.00 | ☐ Upon release from confinement, Defendant must return to court to establish payment of restitution. |
| Other (explain below) | $250.00 | ☐ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s). |
| Sex Offender Fee $250.00 | | |

**Sentence Options**

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.  ☐ Yes ☑ No

The Court hereby orders a judicial transfer to the Department of Community Correction.  ☐ Yes ☑ No

Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.  ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied  ☐ Yes ☑ No

| JAIL TIME CREDIT In days:  791 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES In months:  300   ☐ Life ☐ LWOP | Death Penalty ☐ Yes ☑ No | If Yes, State Execution Date |
|---|---|---|---|

DEFENDANT IS ASSIGNED TO:  ☑ ADC  ☐ ADC, Admin. Transfer Authorized  ☐ CCC  ☐ COUNTY JAIL  ☐ PROBATION  ☐ SIS

Conditions of disposition or probation are attached.  ☑ Yes ☐ No

A copy of the Pre-sentence investigation on sentencing information is attached  ☐ Yes ☑ No

A copy of the Prosecutor's Short Report is attached  ☑ Yes ☐ No

☐ Defendant has previously failed a drug court program

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS  ☐ Yes ☑ No    Appeal Bond  $

The County Sheriff is hereby ordered to :  ☐ transport the defendant to county jail  ☐ take custody for referral to CCC  ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC   ☐ Yes ☑ No

**Signature**

| Prosecuting Attorney/Deputy Signature: | Date: 7/9/21  Print Name:  John Pettie |
|---|---|
| Circuit Judge Signature: | Date: 7/9/21  Print Name:  Rob Ratton |
| Additional Info | |

illegal sentence. As in *Cummins,* none of the exceptions are applicable here. Therefore, we dismiss the appeal.

Appeal dismissed.

HIXSON and WOOD, JJ., agree.

**All Citations**

Not Reported in S.W.3d, 2013 Ark. App. 735, 2013 WL 6547864

| Footnotes |
| --- |

1      The State nolle prossed the kidnapping and third-degree escape charges.

2      We note that Barker was given an illegal sentence with regard to the rape conviction. Rape is a Class Y felony. Barker's ten-year suspended imposition of sentence for rape violates Arkansas Code Annotated section 5–4–301(a)(3)(C) (Supp.2011), which provides that a court shall not suspend imposition of a sentence for a Class Y felony except to the extent suspension of an additional term of imprisonment is permitted in section 5–4–104(c). That is not the case here because the suspended sentence was all that was imposed for the rape conviction. However, the State has not cross-appealed this issue; therefore, it cannot be addressed. *Cook v. State,* 46 Ark.App. 169, 878 S.W.2d 765 (1994).

**End of Document**          © 2024 Thomson Reuters. No claim to original U.S. Government Works.

Westlaw Next. © 2024 Thomson Reuters

THOMSON REUTERS
*Thomson Reuters is not providing legal advice*

*EXHIBIT C*

# Barbara Hackney

Jackson County Circuit Clerk
Jackson County Court House
208 Main St.
Newport, Arkansas 72112
Phone: 870-523-7423 Fax: 870-523-3682

June 12, 2024

Mr. Dunn,

We have received your document to Proceed In Forma Pauperis for Habeas Corpus; however, you will have to file this case in the county that you currently reside in. I am returning all of your documents to you so that you may file them in your current county.

Your case has 84 pages in it. So, that would be .25 cents per page which comes to a total of $21. Your case also contains 25 documents and it is $5 per document to certify coming to a total of $125. This makes a grand total of $146 for copies of your whole file and for certification of each document. In addition to the cost for copies and certification of your entire file you will need to send enough self-addressed stamped envelopes for us to return the documents to you.

Respectfully,

Danielle Lancaster D.C

EXHIBIT D

Barbara Hackney or Danielle Lancaster;

In this envelope is my Petition To Correct or Modify an Illegal Sentence in accordance with A.C.A. 16-90-111 that i wish the Clerks will not mistakenly Misconstrue for a Habeas Petition filed Pursuant to A.C.A. 16-112-103(a). To verify this fact you can check with the residing Judge over this case, his law Clerk, or the Prosecuting Attorney handling this particular case file. (I sent the original and didn't get it back, only the copy.) So i'm sending it back hoping the Clerks will send me a Certified file Marked Copy for other Judicial Purposes. I hope this small request would not be Impeded, hindered or Obstructed by the Court Clerks holding you or your Supervisor liable under Federal Statue 1983 of Denying me access-to-the-Court. Also I'm Withdrawing My Motion to dismissal under Ark. Rule. Crim 28.1.   Also please file this letter with the Petition to be Part of the record if Appeal is Necessary. Thank You

cc Files

DATE 7-1-24

Cordially,
ADC # 148054  Robert Dunn
                Pro-Se

*EXHIBIT E*

# Barbara Hackney

Jackson County Circuit Clerk
Jackson County Court House
208 Main St.
Newport, Arkansas 72112
Phone: 870-523-7423 Fax: 870-523-3682

July 16, 2024

Mr. Dunn #142054

We are in receipt of your paperwork. However, per my last letter to you and per my supervisor, you will have to file this in the county that you currently reside in. You are not currently being held in Jackson County therefore you cannot file this in Jackson County. I am returning all of your documents to you. In addition, I am enclosing a copy of my previous letter that state what the cost will be for you to get a copy of your file.

Respectfully,

*Danielle Lancaster DC.*

Danielle Lancaster D.C

Mr. Robert Dunn ADC # 142054
Delta Regional Unit
880 East Gaines Street
Dermott, Arkansas 71638

ADC
DELTA
REGIONAL
UNIT



quadient
FIRST-CLASS MAIL
IMI
$002.59 ⁹
08/17/2024 ZIP 71638
043M31231540

To: The United States District Court
Eastern District Of Arkansas
Pro-Se Clerk's Office
600 West Capitol Avenue
Rm. A-149
Little Rock, Arkansas
72201-3325