**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ROBERT V. DUNN**                                                                    **PLAINTIFF**
**ADC # 142054**

**v.**                                       **Case No. 3:24-cv-00143-KGB**

**BARBARA HACKNEY, Circuit**                                              **DEFENDANTS**
**Court Clerk, Jackson County,** *et al.*

**ORDER**

Before the Court is plaintiff Robert V. Dunn's motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure Rule 59(e) and his motion for status and determination of the pending motion (Dkt. Nos. 13; 14).

Rule 59 motions are disfavored and "serve the limited function of correcting manifest errors of law or fact or [presenting] newly discovered evidence." *Tukaye v. Troup*, 147 F.4th 958, 962 (8th Cir. 2025).  After careful consideration of the extensive factual record and the parties' briefing, the Court concludes that its April 29, 2025, Order and Judgment do not constitute a manifest error of law or fact (Dkt. Nos. 8; 9).  For the reasons expressed in the Court's Order dismissing Dunn's complaint without prejudice, the Court denies Dunn's motion to alter or amend the judgment (Dkt. No. 13).  The Court considers this Order responsive to Dunn's motion for status and determination of the motion to alter or amend, and accordingly, the Court denies the motion for status as moot (Dkt. No. 14).

It is so ordered this 3rd day of March, 2026.

_____
Kristine G. Baker
United States District Judge